## JAMES ALLEN *versus* OTIS FISHER

JOURNAL ENTRIES (1819–22): *Journal 2:* (1) Appearances *p. 687. *Journal 3:* (2) Death suggested, notice to administrators ordered *p. 220; (3) discontinued *p. 333.

PAPERS IN FILE: (1) Writ of habeas corpus; (2) writ of certiorari; (3–4) bonds to appear and to prosecute certiorari; (5) transcript of county court records; (6) precipe for subpoena; (7) subpoena; (8) precipe for subpoena; (9) notice to administrators.

*Office Docket*, MS p. 91, c. 37. Recorded in *Book A*, MS pp. 401–408.

## STEPHEN MACK AND OTIS FISHER *versus* GEORGE WASHINGTON ROUSE AND SILAS SMITH

JOURNAL ENTRIES (1819–24): *Journal 2:* (1) Appearances *p. 687. *Journal 3:* (2) Death suggested, continued *p. 221; (3) continued *p. 503.

PAPERS IN FILE: (1) Precipe for habeas corpus and certiorari; (2) writ of certiorari; (3) transcript of county court records; (4) subpoena; (5) precipe for subpoena; (6) subpoena.

*Office Docket*, MS p. 91, c. 38. (Calendar 1, MS p. 41)